IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01608-ZLW

GORDON O. HOFF, SR.,

    Applicant,

v.

H. A. RIOS, JR., Warden,

    Respondent.



FILED
UNITED STATES DISTRICT COURT
COLORADO

DEC 12 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "Motion for Reconsideration" filed on December 11, 2006, is DENIED.

Dated: December 12, 2006

Copies of this Minute Order mailed on December 12, 2006, to the following:

Gordon O. Hoff
Reg. No. 03956-090
USP – Florence
PO Box 7000
Florence, CO 81226

_____
Secretary/Deputy Clerk